AO 91 (Rev. 11/11)   Criminal Complaint

**FILED**
May 10, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Yvette Lujan
DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **PE:21-M -00515** |
| Jarod Richard Melancon | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 7, 2021___ in the county of ___Winkler___ in the ___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 2 (a) | Aided and abetted  by others, Knowingly or Intentionally did Import from |
| 21 USC Section 841 (a)(1) | Mexico with the Intent to Distraibute to Another 1.1 kilograms / 1,057 grams |
| 21 USC Section 952(a) & 960 (a)(1) | of crystal methamphetamine, a controlled substance. |

This criminal complaint is based on these facts:

See Attachement

☑ Continued on the attached sheet.

*Douglas McIntyre*
*Complainant's signature*

Douglas McIntyre, Task Force Office
*Printed name and title*

Date: ___05/10/2021___

Complaint sworn to telephonically on
May 10, 2021   and signed electronically.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

*Judge's signature*

City and state: ___Alpine, Texas___

David B. Fannin
*Printed name and title*

# ATTACHMENT

1.) Jarod MELANCON

## FACTS:

On May 7, 2021, Task Force Offices (TFOs) and Special Agents (SAs) of the Alpine Drug Enforcement Administration (DEA), obtained a Federal Search Warrant issued by United States Magistrate Judge David Fannin for room # 10 at the West Travel Inn, 239 Texas Highway 302 in Kermit, Texas, within the Western District of Texas.

On the same date, DEA personnel, Investigator from Lea County, New Mexico, and Winkler County Sheriff's Office executed the search warrant on room # 10 at the West Travel Inn.

DEA personnel, identified Jarod Richard MELANCON, the only occupant of the room. DEA personnel conducted a thorough search of the room and located approximately 464.3 grams of suspected crystal methamphetamine and loaded 9 millimeter Springfield Armory bearing serial number S3976034 in the night stand immediately next to the bed. DEA personnel also located 593.5 grams of suspected crystal methamphetamine in the freezer portion of a miniature refrigerator located inside the room.  Both bags yielded positive results for the properties and characteristics of crystal methamphetamine.

MELANCON, was transported to the Winkler County Sheriff's Office for further investigation. Subsequently, MELANCON was presented with his Miranda Warning per DEA-13 Form. MELANCON acknowledged his rights, endorsed his rights, waived his rights and agreed to speak with investigators without the presence of an attorney.

MELANCON implicated himself, advising he aided in the importation of the crystal methamphetamine from Mexico and possessed with the intent to distribute to another.

*Douglas McIntyre*   May 10, 2020
Doug McIntyre, Task Force Officer
Drug Enforcement Administration

David B. Fannin
United States Magistrate Judge