**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

FILED
MAY 13 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JAROD RICHARD MELANCON § <br> § <br> Defendant. § § § § § § § § § | NO. P21CR 507 <br> **INDICTMENT** <br><br> [Vio: Count One: 21 U.S.C. §§ 952(a), 960(a), & 960(b)(1)(H), and 18 U.S.C. § 2, Importation of methamphetamine, Aiding and Abetting; Count Two: 21 U.S.C. §§ 841(a)(1) & (b)(1)(A), Possession of methamphetamine with intent to distribute; Count Three: 18 U.S.C. § 924(c)(1)(A), Using/Carrying/Possessing Firearm during and in furtherance of a drug trafficking crime.] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[21 U.S.C. §§ 952(a), 960(a) & 960(b)(1)(H), and 18 U.S.C. § 2]**

On or about May 7, 2021, in the Western District of Texas, the Defendant,

**JAROD RICHARD MELANCON**

aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally import into the United States from the Republic of Mexico fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

A violation of Title 21, United States Code, Sections 952(a), 960(a), 960(b)(1)(H), and Title 18, United States Code, Section 2.

**COUNT TWO**
**[21 U.S.C. §§ 841(a)(1) & (b)(1)(A)]**

On or about May 7, 2021, in the Western District of Texas, the Defendant,

**JAROD RICHARD MELANCON**

knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

A violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT THREE
## [18 U.S.C. § 924(c)(1)(A)]

On or about May 7, 2021, in the Western District of Texas, the Defendant,

### JAROD RICHARD MELANCON

did knowingly possess a firearm, that is, 9 millimeter Springfield Armory pistol, bearing serial number S3976034, during and in relation to, and did possess said firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fifty grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Drug Violations and Forfeiture Statutes
[Title 21 U.S.C. §§ 952 & 960(b)(1)(H) and Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), subject to forfeiture pursuant to Title 21 U.S.C. § 853(a)(1) and (2)]

As a result of the criminal violations set forth in Counts One and Two, the United States of America gives notice to Defendant JAROD RICHARD MELANCON of its intent to seek the forfeiture of the properties described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 21 U.S.C. § 853(a)(1) and (2), which states:

> **Title 21 U.S.C. § 853. Criminal forfeitures**
> **(a) Property subject to criminal forfeitures.**
> Any person convicted of a violation of this subchapter or subchapter II punishable by

imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law.--

> **(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
>
> **(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; . . .

## II.
## Firearms Violation and Forfeiture Statutes
**[Title 18 U.S.C. § 924(c)(1)(A), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violation set forth in Count Three, the United States of America gives notice to Defendant JAROD RICHARD MELANCON of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

**Title 18 U.S.C. § 924. Penalties**

> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of . . . section 924 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following properties:

1. Springfield Armory, 9mm pistol bearing serial number S3976034; and
2. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

A TRUE BILL
Original signed by the
foreperson of the Grand Jury

---
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

*/s/ Kevin Eaton*
KEVIN EATON
ASSISTANT UNITED STATES ATTORNEY